390 A.2d 1263

**Paul T. GRIESER, a minor, in his own right by his parents and natural guardians, Paul Grieser and Anne Grieser, and Paul Grieser and Anne Grieser, in their own right, Appellants,**

**v.**

**COMMONWEALTH of Pennsylvania, Pennsylvania Department of Transportation, and the Borough of Plum.**

Supreme Court of Pennsylvania.

Submitted Sept. 21, 1978.

Decided Sept. 26, 1978.

Thomas L. Cooper, Pittsburgh, for appellants.

Jerome W. Kiger, Grogan, Graffam, McGinley & Solomon, Pittsburgh, for Borough of Plum.

Kenneth Lee Sable, Dept. of Transportation, Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

The order of the Commonwealth Court is vacated and the case is remanded to that court for consideration in light of

448

*Mayle v. Pennsylvania Department of Highways*, 479 Pa. 384, 388 A.2d 709 (1978).

EAGEN, C. J., and O'BRIEN, and POMEROY, JJ., dissent.